IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>GERMAINE LEWIS<br>JUSTICE HARRIS<br><br>Defendants. | CRIMINAL NO.<br>22-341 |

## ORDER

**AND NOW**, this 12th day of January 2024, upon consideration of Defendants Germaine Lewis and Justice Harris' Motion to Suppress which is set forth in the Motion for Discovery and Pretrial Motions filed by Defendant Lewis (Doc. No. 74), the Government's Response in Opposition (Doc. No. 79), Defendant Harris' Motion for Joinder (Doc. No. 75), the evidence presented at the hearing on the Motion to Suppress held on September 13, 2023 (Doc. No. 83), and in accordance with the Opinion of this Court issued on this day, it is **ORDERED** that Defendants Germaine Lewis and Justice Harris' Motion to Suppress (Doc. Nos. 74, 75) is **DENIED.**

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.